Alvin KIRKSEY–BEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 62931.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 14, 1993.

Susan K. Eckles, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 29.15 motion for post-conviction relief. We find no clear error and affirm pursuant to Rule 84.16(b)(2). We further find an opinion in this matter would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been provided to the parties for their use only.